IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 10-620-3 |
| | : |
| OMAR ROANE | : |

### ORDER

AND NOW, this 10th day of April, 2014, upon consideration of the Government's Motion to Dismiss Counts Twenty-Seven, Twenty-Nine, Thirty-Six, Seventy-Three and Eighty of the Superseding Indictment pursuant to the agreement between the government and Omar Roane, it is hereby **ORDERED** that Counts Twenty-Seven, Twenty-Nine, Thirty-Six, Seventy-Three and Eighty of the Superseding Indictment are hereby dismissed.

BY THE COURT:

_____
HONORABLE LAWRENCE F. STENGEL
*Judge, United States District Court*