# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No. 10-620-03 |
| OMAR ROANE | : |

## ORDER

AND NOW, this 18th day of April, 2016, upon consideration of the Defendant's Pro Se Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782, and the government's response to that motion, it is hereby **ORDERED** that the motion is **DENIED** for the reasons set forth in the government's response.

BY THE COURT:

_____
HON. LAWRENCE F. STENGEL
**United States District Judge**